No. 68689.—R. H. Macy Co., Inc. v. United States, protests 59/10764 and 59/25374 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of print rollers similar in all material respects to those the subject of *D. M. Studner* v. *United States* (50 Cust. Ct. 149, C.D. 2404), the claim of the plaintiff was sustained.

No. 68690.—Suncoast Merchandise Corporation v. United States, protest 63/10462 (Los Angeles).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the involved merchandise, with an entered value of $2,990, was withdrawn from bonded warehouse for consumption on July 23, 1962, on warehouse withdrawal No. 737, the claim of the plaintiff was sustained.

No. 68691.—Auburn Importing Corp. et al. v. United States, protests 64/2269, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.